COM.

v.

**ROLES, B.**

**1338 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–11–CR–0001464–2012, (Cambria)

Affirmed

COM.

v.

**PALMER, M.**

**1399 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–10–CR–0000547–2011 (Butler)

Affirmed

COM.

v.

**NAUGHTON, J.**

**1603 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–02–CR–0007535–2007, (Allegheny)

Affirmed

COM.

v.

**AROSE, J.**

**1726 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–33–CR–0000590–2007 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**AROSE, J.**

**1727 WDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–33–CR–0000591–2007 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

